Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant PAUL WASSGREN

(Additional counsel on signature page.)

Mark C. Molumphy, SBN 168009
mmolumphy@cpmlegal.com
Donald J. Magilligan, SBN 257714
dmagilligan@cpmlegal.com
Tamarah P. Prevost, SBN 313422
tprevost@cpmlegal.com
Nabilah A. Hossain, SBN 329689
nhossain@cpmlegal.com
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Ofc. Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Plaintiff ROBERT G. MAR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT G. MAR, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br>v.<br><br>BENJAMIN CHARLES MOHR, an individual; BEN MOHR, INC., a corporation; PAUL RANDALL WASSGREN, an individual; and<br>DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 21-CV-01751- VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE ON ANTICIPATED MOTIONS**   AS MODIFIED<br><br>**[LOCAL RULE 6-2]**<br><br>Dept.: Courtroom 4 – 17th Floor<br>Judge: Hon. Vince Chhabria<br>Hearing Date/Time:  None set |

Pursuant to Civil Local Rule 6-2, Plaintiff Robert G. Mar and defendants Paul Wassgren, Benjamin Charles Mohr and Ben Mohr, Inc., by and through their respective counsel of record, hereby stipulate and request that this Court enter an order continuing the currently-set Case Management Conference and entering a briefing and hearing schedule as follows:

WHEREAS Defendant Paul Wassgren removed the instant action to this Court on March 12, 2021 [Dkt. 1];

WHEREAS Defendant Paul Wassgren anticipates filing a Motion to Stay or Transfer this case pursuant to the first-to-file rule and 28 U.S.C. § 1404;

WHEREAS the Court has issued an order setting April 28, 2021 as the initial case management conference in this case;

WHEREAS the counsel for defendant Wassgren is not available at the date and time set for the case management conference;

WHEREAS the parties have met and conferred and agreed to continue the case management conference to a mutually convenient date and have agreed to a briefing and hearing schedule on defendant Wassgren's Motion to Stay or Transfer;

WHEREAS this stipulation is not a waiver of any claims or defenses any party may otherwise have, and all such claims and defenses are expressly reserved by each party.

WHEREFORE, pursuant to Civil Local Rule 6-2, the parties stipulate and agree that:

1. <u>Motion to Stay or Transfer</u>:

    a. Defendant Paul Wassgren will file his Motion to Stay or Transfer by **April 5, 2021;**

    b. Plaintiff's opposition to the Motion to Stay or Transfer and any response by the Mohr Defendants to said Motion will be due by **April 19, 2021**;

    c.    Defendant Paul Wassgren's reply in support of his Motion to Stay or Transfer will be due by **April 26, 2021**.

    d.    The hearing on the Motion to Stay or Transfer will be May 13, 2021 at 2:00 p.m., or on such other date as is convenient for the Court.

2.    <u>Case Management Conference</u>:  The case management conference currently set for April 28, 2021 at 2:00 p.m. is continued to May 5, 2021 at 2:00 p.m., or on such other date as is convenient to the Court.

Dated: April 1, 2021                                  SWANSON & McNAMARA LLP

                                                        */s/ Edward W. Swanson*
                                                        Edward W. Swanson
                                                        Britt Evangelist

                                                        Attorneys for Defendant
                                                        PAUL WASSGREN

Dated: April 1, 2021                                COTCHETT, PITRE & MCCARTHY, LLP

                                                         */s/ Donald Magilligan*
                                                        Mark C. Molumphy
                                                        Donald J. Magilligan
                                                        Tamarah P. Prevost
                                                        Nabilah A. Hossain

                                                        Attorneys for Plaintiff ROBERT G. MAR

Dated: April 1, 2021                                REALLAW, APC

                                                        */s/ Michael J. Hassen*
                                                        Michael J. Hassen

                                                        Attorneys for Defendants BENJAMIN
                                                        CHARLES MOHR and BEN MOHR, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 1, 2021

*/s/ Edward W. Swanson*
Edward W. Swanson

/ / /

/ / /

/ / /

# [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. Defendant Paul Wassgren will file his Motion to Stay or Transfer by **April 5, 2021**;

2. Plaintiff's opposition to the Motion to Stay or Transfer will be due by **April 19, 2021**;

3. Defendant Paul Wassgren's reply in support of his Motion to Stay or Transfer will be due by **April 26, 2021**.

4. The hearing on the Motion to Stay or Transfer will be set for May 13, 2021 at 2 p.m. via zoom.

5. The case management conference in this case is continued from April 28, 2021 at 2:00 p.m. to June 2, 2021 at 2 p.m.

    A case management statement is due by May 26.

DATED: April 5, 2021



Hon. Vince Chhabria
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria